CITY OF JERSEY CITY v. TIDELANDS RESOURCE COUNCIL, THE DIVISION OF COASTAL RESOURCES, IN THE DEPARTMENT OF ENVIRONMENTAL PROTECTION.

March 3, 1983.

Certification to the Department of Environmental Protection is granted.

ROBERT GALANTY v. CHRYSLER CORPORATION AND ROSSMEYER BROTHERS, INC.

March 7, 1983.

The Court having determined that certification was improvidently granted; It is ORDERED that the within appeal be and hereby is dismissed. O'Hern, J., dissents from this Order. He believes that on a motion to dismiss under *R.* 4:37–2(b), viewing the evidence most favorably to plaintiff, plaintiff had clearly established a consumer claim for breach of warranty under 15 *U.S.C.A.* 2304(a)(4) of the Magnuson-Moss Warranty Act. Dismissal of his claim was error calling for the supervision of this Court under *R.* 2:12–4. (See 91 *N.J.* 530)